UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| C & F Enterprises, Inc.<br><br>　　Plaintiff,<br><br>　　v.<br><br>OBA Canvas Co., et al.,<br><br>　　Defendants. | Civil Action No. 1:17-cv-00512-CMH-MSN |

### ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Joint Stipulation of Dismissal of all claims by Plaintiff C & F Enterprises, Inc. ("C&F") and Defendants AEJ III Enterprises, LLC d/b/a OBA Canvas Co., Jennifer James, and Melissa Bussler ("OBA") (collectively, the "Parties") in this case, and the Court being of the opinion that said Stipulation should be ENTERED, it is hereby

ORDER, ADJUDGED, AND DECREED that as to all Defendants *except* Charles Bradley: (i) Counts I and VI are dismissed WITH PREJUDICE, and (ii) Counts II-V are dismissed WITHOUT PREJUDICE. Furthermore, all Counts against Charles Bradley are dismissed WITHOUT PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

_Aug. 31, 2017_
Date

_Claude M. Hilton_
USDJ